No. 98–9200. Smith v. Peters et al. C. A. 7th Cir. Certiorari denied.

No. 98–9205. Burkes v. Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–9207. Lisenbee v. Henry. C. A. 9th Cir. Certiorari denied.

No. 98–9211. Weaselhead v. United States. C. A. 8th Cir. Certiorari denied.

No. 98–9212. Webster v. United States. C. A. 5th Cir. Certiorari denied.

No. 98–9213. Zagorski v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 98–9214. Welch v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 98–9216. Macri v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 98–9217. James v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 98–9220. Mayfield-El v. Schottey et al. C. A. 6th Cir. Certiorari denied.

No. 98–9221. Joiner v. Bennett. C. A. 5th Cir. Certiorari denied.

No. 98–9223. Ramsey v. Kemna, Superintendent, Crossroads Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 98–9227. Antonio Sanchez v. California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–9230. Ganus v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 98–9234. Hand v. Mensh and MacIntosh, P. A. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.